AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

WEN WANG
DOB: XX/XX/58
PDID: XXX-XXX

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 20, 2006__ in __Washington, D.C.__ county, in the District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully intimidate, coerce, threaten, or harass <u>Chinese President, Jinto Hu</u>, a foreign official in the performance of his duties

in violation of Title __18__ United States Code, Section(s) __112(b)(1)__.

I further state that I am __Police Officer with the United States Secret Service__, and that this complaint is based on the following facts:

**See Attached Statement of Facts**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, MICHAEL TRUSCOTT   (202) 514-7533
Sworn to before me and subscribed in my presence,

Signature of Complainant
MICHAEL J. STAFFORD, Police Officer
United States Secret Service

_____
Date

at   __Washington, D.C.__
City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer