## STATEMENT OF FACTS

On April 20, 2006, at 9:57 a.m., on the grounds of the White House, located at 1600 Pennsylvania Avenue, N.W., Washington, D.C., the defendant, Wen Yi Wang, willfully intimidated, coerced, threatened, and harassed a foreign official, Jintao Hu, the president of The People's Republic of China. As President Hu, acting within his official capacity, was giving an official public speech and/or statement at the White House to members of the media and invited guests of the United States government, Ms. Wang began to yell at President Hu in a loud voice for in excess of two minutes. The defendant was frantically waving a yellow banner in the direction of President Hu, which read "Falun Dafa is good" in English and also included writing in Chinese, as she began to yell. At the time Ms. Wang was yelling at President Hu, she was standing on a press platform directly across from President Hu. President Hu was standing next to the President of the United States as Ms. Wang began to yell. The words that Ms. Wang yelled at President Hu in Chinese have been translated by a certified interpreter, and has been interpreted as: (1) "Stop oppressing the Falun Gong."; (2) "Your time is done."; and (3) "Anything you have done will come back to you in this lifetime." This translation was reviewed three times. Ms. Wang then began to yell at the President of the United States, in part in English and part in Chinese, "President Bush, stop him from killing, President Bush stop him from persecuting Falun Gong." A cameraman standing near Ms. Wang pulled the banner from her hands and tried to quiet her by placing his hands over her mouth. The defendant's conduct caused President Hu to interrupt his speech and look at Ms. Wang. The United States Secret Service officers then responded in an effort to escort Ms. Wang from the press platform. As the Secret Service did so, Ms. Wang continued to scream at President Hu.

OFFICER MICHAEL J. STAFFORD
UNITED STATES SECRET SERVICE

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ____ DAY OF APRIL, 2006

U.S. MAGISTRATE JUDGE