UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | M-06-182 (DAR) |
| | : | |
| WENYI WANG | : | |

## MOTION TO CORRECT RELEASE ORDER

Wenyi Wang, by her attorney, David W. Bos, Assistant Federal Public Defender, respectfully moves this Honorable Court to correct the Conditions of Release Order executed by the Court in this case, and strike the condition that the Defendant stay away from Washington, DC.  In support of this Motion, the Defendant, through undersigned counsel, states as follows:

1.  On Friday, April 21, 2006, the Court released the Defendant on Personal Recognizance on the condition that she comply with certain conditions of release, namely that the Defendant 1) report to the D.C. Pretrial Services Agency weekly by phone, 2) reside at her New York address and 3) stay away from the White House unless accompanied by her attorney.

The Release Order, however, states the Court imposed an additional condition that the Defendant "stay away from Washington, D.C. unless matters are for court."  The Court never imposed that condition and it appears the additional condition of release was mistakenly included in the Order either accidently or through inadvertence.

2. Because the Court never imposed the condition of release that the Defendant stay away from Washington, D.C., the Defendant requests Court to correct the Release Order in this case and strike the condition that the Defendant stay away from Washington, D.C.

WHEREFORE, the Defendant respectfully requests the Court to correct the

Conditions of Release Order in this case by striking the condition that the Defendant stay away from Washington, DC.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        /S/
        _____
        David W. Bos
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Ste 550
        Washington, DC  20004
        (202) 208-7500

## **CERTIFICATE OF SERVICE**

    I, David W. Bos, Assistant Federal Public Defender, hereby certify that I have served a copy of the attached Motion to Micahel Truscott Esquire, Assistant United States Attorney, the United States Attorney's Office, Judiciary Center Building, 555 Fourth Street, N.W., Washington, DC  20001 on this 24th day of April , 2006.

        /S/
        _____
        David W. Bos
        Assistant Federal Public Defender