UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | M-06-182 (DAR) |
| | : | |
| **WENYI WANG** | : | |

## ORDER

Upon consideration of the Defendant's Motion to Correct Release Order, it is hereby

**ORDERED** that the Defendant's motion is granted; it is

**FURTHER ORDERED** that the condition of release requiring the Defendant to stay away from Washington, D.C. is hereby stricken from the Defendant's Order setting conditions of release in this case.

_____
THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

cc: AFPD David W. Bos
    AUSA Michael Truscott