UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : M-06-182 (DAR)
:
WENYI WANG :

**FILED**

MAY 0 3 2006

ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the Defendant's Motion to Correct Release Order, it is hereby

**ORDERED** that the Defendant's motion is granted; it is

**FURTHER ORDERED** that the condition of release requiring the Defendant to stay away from Washington, D.C. is hereby stricken from the Defendant's Order setting conditions of release in this case.

Dated: May 3, 2006

THE HONORABLE ~~DEBORAH A. ROBINSON~~ ALAN KAY
UNITED STATES MAGISTRATE JUDGE

cc: AFPD David W. Bos
    AUSA Michael Truscott