*Let This Be Filed J M Facciola*

Phone or Fax:

Case #: 1:06-mj-00182-DAR[1]                    March 1, 2007

Per Honorable John M. Facciola's (phone: 202-354-3064) 9/28/2006 letter (Exhibit A), Yan rewrites 9/22/2006 request for an order granting Yan Dun-zheng to be an *amicus*[2] as follows.

Re: **Communist** Hu Jin-tao's（胡锦涛 left）sin[3] for failure to reprove the wicked Jiang Ze-min's[4]（江泽民）**electric prod** shocking Ms. Gao Rong-rong（高蓉蓉 right）.

 

Dear Honorable Facciola:

FILED

MAR 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### Concise Statement

Ms. Wang's pleading not guilty shown in Chinese newspaper (Exhibit B) has escaped Your Honor's consideration.  Pursuant

---

[1] We appreciate Mr. Cooper's (phone:          cell phone: :          ) telling Yan the case number.

[2] We appreciate Barrister Han (phone:          who gave Yan the word "amicus."

[3] James 4:17: "Therefore, if one knows how to do what is right and yet does not do it, it is a sin for him."

[4] Confucius, Chinese sage and virtuous man, said: "Isn't it the dereliction of administrator's duty that tigers and wild oxen run away from railings?" (Confucian *Analects,* p. 257).

to *Estate* (p. 2, ¶ 2, note 7), it is respectfully requested that an order granting Yan Dun-zheng (嚴敦正) to be an *amicus* be issued.

Barristers Chen Xiao-min (陳小敏律師) and Ye-ning (葉寧律師): Prosecutor <u>failed to prove</u> that Wang's <u>purpose</u> was not to help Gao Rong-rong's mother, but to harass Mr. Hu Jin-tao [p. 7, ¶ 13, (2), Perkins *Criminal Law*]. Mr. Lin's "calmness," and Mr. Luo's "without alarm" <u>showed</u> that Ms. Wang's <u>action did not</u> harass Mr. Hu (p. 4, V). Conclusion: Wang Wen-yi was <u>innocent</u>.

6/21/06 Docket Report: "Speedy Trial Waiver … in the interest of justice[.]" 59 NY Jur 2d, False Imprisonment, § 69, p. 328: "[D]ismissal … 'in the interest of justice' is neither an <u>acquittal</u> of charges …,[17]"

Pursuant to *Mason,* Prosecutor has responsibility to hold a speedy trial.[18]

Respectfully submitted,

*Yan Dun-zheng* 嚴敦正 敬啓

---

[17] *Hygh v. Jacobs,* 961 F.2d 359, ….
[18] "Responsibility for protecting defendant's right to speedy trial rests with People." *People v. Mason,* 509 N.Y.S.2d 842.

# Contents

I.   A legal matter of Ms. Wang Wen-yi's
has escaped[1] Your Honor's consideration. ---------------------------- 1

II.  Per Part I supra, *Estate* (¶ 2) and *Matthews* (¶ 3), it
is respectfully requested that an order granting Yan
Dun-zheng（嚴敦正）to be an amicus curiae be granted. ------------- 2

III. *Stere* (¶ 4): "[T]he crime charged" — Wang's "willfully
... harass[ing]" (¶¶ 5, 6) Communist Hu Jin-tao. -------------------- 3

IV.  Black's Law Dictionary[1]: Action to
"distress," "annoy" or "alarm" = "Harass." --------------------------- 4

V.   Mr. Lin's "calmness" + Mr. Luo's "without alarm"
+ "distress" of Gao Rong-rong's mother (p. 5, photo A)
= Wang Wen-yi didn't[2] "harass" Communist Mr. Hu Jin-tao. ----- 4

---

[1]  We appreciate Falun Gong practitioner Ms. Zhao's（小趙）reminding Yan to pay attention to Ms. Wang Wen-yi's expression (¶ 1 or **Exhibit B**) *outside* the Court.

[1]  We appreciate Mr. Liu's（刘先生）introducing Chen Xiao-min, Esq.（陳小敏律師）and that Mr. Chen Xiao-min (phone            2/27/2007 faxed:            ) instructed Yan to read Black's Law Dictionary about the definition of the key word "harassment."

[2]  We appreciate Ms. Wang's reminding Mr. Li to bring Yan Mr. Lin Bao-qing's testimony "calmness" (this page, lines 11 and 15) published on The World Journal (Exhibit C) and Mr. Luo's testimony "without alarm" (this page, line 11; and p. 5, line 2 ) published on The China Press (Exhibit D).

VI.    Perkins & Boyce *Criminal Law*[1]: Ms. Wang Wen-yi's

    <u>purpose</u> was to request President to stop Communist

    Mr. Hu Jin-tao from persecuting Falun Gong (¶ 11),

    therefore Ms. Wang **didn't** violate 18 USCA § 112. --------------- 5

VII.    *Anderson* (¶ 12): Prosecutor **has failed** to **show**[1]

    any evidence about the alleged harassment (¶ 13). ------------------ 6

VIII.    *Martin:* Prosecutor's "[m]alice may be

    inferred from an absence of probable cause[.]" --------------------- 7

IX.    *Bixby:* Because of his malice, punitive damages

    against Prosecutor is respectfully requested. ----------------------- 7

Notarization ------------------------------------------------------------- 8

CC ----------------------------------------------------------------------- 9

---

[1]  We appreciate Mr. Liu's（刘先生）introducing Chen Xiao-min, Esq.（陳小敏律師）
and that Mr. Chen Xiao-min（phone:         2/27/2007 faxed:
instructed Yan to read Black's Law Dictionary about the definition of the key word
"harassment."
[1]  We appreciate Ye-ning's, Esq.（葉寧律師）（phone:
fax:            advice: "To start with evidence."

1

2

3                          Phone or Fax:
4    Case #: 1:06-mj-00182-DAR                   March 1, 2007
5

6    Honorable John M. Facciola
7    U.S. District Court, Courtroom 2
8    333 Constitution Ave., N.W.
9    Washington, D. C. 20001
10   Phone: 202-354-3064 (Ms. Tiffany Reed)
11

12       Re: **Communist** Hu Jin-tao's (left) sin for failure to reprove the wicked
13   Jiang Ze-min's **electric prod** shocking Ms. Gao Rong-rong (right).

14
15
16   
17
18
19
20
21

22

23   Dear Honorable Facciola:
24

25       I.   A legal matter of Ms. Wang Wen-yi's has
26            escaped[1] Your Honor's consideration.

27       1.  6/22/2006 The Epoch Times: "Wang Wen-yi expressed:
28   '… I hope that the case be genuinely completely withdrawn
29   without any condition." (Exhibit B).

---

[1] We appreciate Falun Gong practitioner Ms. Zhao's (小赵) reminding Yan to pay
attention to Ms. Wang Wen-yi's expression (¶ 1 or **Exhibit B**) *outside* the Court.

1

> II.   Per Part I supra, *Estate* (¶ 2) and *Matthews* (¶ 3), it is respectfully requested that an order granting Yan Dun-zheng (嚴敦正) to be an amicus curiae be granted.

2.    3B Corpus Juris Secundum, p. 170: "As an amicus curiae is not a party to the action,[6] the term implies the friendly intervention of counsel to call the court's attention to a legal matter which has escaped or might escape the court's consideration.[7]"

3.    Communist Hu Jin-tao's sin for failure to reprove the wicked Communist Jiang Ze-min's electric prod shocking Falun Gong practitioner Ms. Gao Rong-rong was a matter of public concern.   3B Corpus Juris Secundum, p. 172: "Where matters of public concern are involved, the courts exercise great liberality in granting leave to appear.[8]"

---

[6] U.S. — *Miller-Wohl Co., Inc. v. Commissioner of Labor and Industry State of Mant.,* 694 F.2d 203 (9th Cir. 1982).

[7] S.D. — *In re Ohlhauser's Estate,* 78 S.D. 319, 101 N.W.2d 827 (1960).

[8] Ohio — *Matthews v. Ingleside Hospital, Inc.,* 21 Ohio Misc. 116, 49 Ohio Op. 2d 382, 50 Ohio Op. 2d 228, 254 N.E.2d 923 (C.P. 1969).

2

III.   *Stere* (¶ 4): "[T]he crime charged" — Wang's "wilfully … harass[ing]" (¶¶ 5, 6) Communist Hu Jin-tao.

4.   59 New York Jurisprudence 2d (2005), False Imprisonment, p. 338: "Whether probable cause existed depends upon whether a reasonably prudent person would have believed the plaintiff guilty of the crime charged on the basis of the facts known to the defendant at the time the prosecution was initiated or which he or she then reasonably believed to be true. [*Levy's Stere v. Endicott Johnson Corporation,* 272 N.Y. 155, …]."

5.   Prosecutor alleged: Wang Wen-yi "knowingly and willfully intimidate, coerce, threaten, or harass Chinese President, Jinto Hu, … in violation of Title 18 United States Code, Section 112 (b) (1)." (Document 1-1, filed 04/21/2006, page 1 of 1).

6.   18 U.S.C.A., CRIMES, pp 295, 296: "§ 112. … (b) Whoever willfully— (1) intimidates, coerces, threatens, or harasses a foreign official … 295 ⊥ 296 … shall be fined under this title or imprisoned not more than six

3

1  months, or both."

2

---

3  IV.  Black's Law Dictionary[1]:

4  <u>Action</u> to "distress," "annoy" or "alarm" = "Harass."

---

5  7.   Black's Law Dictionary: "harassment … Words,

6  conduct, or <u>actions</u> (usu. repeated or persistent) that,

7  being directed at a specific person, <u>annoys</u>, <u>alarms</u>, or

8  causes substantial emotional <u>distress</u> in that person and

9  serves no legitimate <u>purpose</u>. …"

10

---

11  V.  Mr. Lin's **"calmness"** + Mr. Luo's **"without alarm"**

12  + **"distress"** of Gao Rong-rong's mother (p. 5, photo A)

13  = Wang Wen-yi **didn't[2]** **"harass"** Communist Mr. Hu Jin-tao.

---

14  8.   The World Journal, Mr. Lin Bao-qing: "Hu Jin-tao

15  <u>calmly</u> accepted Bush's apology."   Mr. Lin's "<u>calmness</u>"

16  showed that Mr. Hu Jin-tao was <u>not</u> "<u>annoyed</u>." (Exhibit C).

---

[1] We appreciate Mr. Liu's (刘先生) introducing Chen Xiao-min, Esq. (陳小敏律師) and that Mr. Chen Xiao-min (phone:            2/27/2007 faxed:
          instructed Yan to read Black's Law Dictionary about the definition of the key word "harassment."

[2] We appreciate Ms. Wang's reminding Mr. Li to bring Yan Mr. Lin Bao-qing's testimony "calmness" (this page, lines 11 and 15) published on The World Journal (Exhibit C) and Mr. Luo's testimony "without alarm" (this page, line 11; and p. 5, line 2 ) published on The China Press (Exhibit D).

1    9.    The China Press, Mr. Luo-bo: "Hu Jin-tao faced

2    the incident <u>without alarm</u>."    Mr. Luo's "<u>without alarm</u>"

3    showed that Mr. Hu Jin-tao was not alarmed. (Exhibit D).



Gao Rong-rong's mother is in tearless grief.

**Photo A**

16    VI.    Perkins & Boyce *Criminal Law*[1]: Ms. Wang Wen-yi's

17    <u>purpose</u> was to request President to stop Communist

18    Mr. Hu Jin-tao from persecuting Falun Gong (¶ 11),

19    therefore Ms. Wang **didn't** violate 18 USCA § 112.

20    10.    Black's Law Dictionary: "**willful** … 'The word

21    ［wilful］ or ［wilfully］ when used in the definition of

22    a crime, it has been said time and again, means only

23    intentionally or <u>purposely</u> as distinguished from acci-

---

[1] We appreciate Mr. Liu's (刘先生) introducing Chen Xiao-min, Esq. (陳小敏律師) and that Mr. Chen Xiao-min (phone:          , 2/27/2007 faxed:
        instructed Yan to read Black's Law Dictionary about the definition of the key word "harassment."

1  dentally or negligently and does not require any actual

2  impropriety; while on the other hand it has been stated

3  with equal repetition and insistence that the requirement

4  added by such a word is not satisfied unless there is a

5  bad purpose or evil intent.' Rollin M. Perkins & Ronald N.

6  Boyce, *Criminal Law* 875-76 (3d ed. 1982)."

7       11.  Wang Wen-yi's <u>purpose</u> (P. 5, line 23) was not to

8  allegedly harass Mr. Hu Jin-tao, but to request President

9  to stop Communist Mr. Hu Jin-tao from persecuting Falun

10  Gong. (See Document 3, filed on 4/21/2006: "Ms. Wang then

11  began to yell … '… President Bush, stop him [Hu Jin-tao]

12  from persecuting Falun Gong.'")

13

14       VII.  *Anderson* (¶ 12): Prosecutor **has failed** to **show**[1]

15       any evidence about the alleged harassment (¶ 13).

16       12.  57 NY Jur 2d (1986), EVIDENCE AND WITNESSES, §

17  164, P. 376: "The test is according to 'who has the

18  affirmative'; the burden is laid, not according to who

---

[1] We appreciate Ye-ning's, Esq. (葉寧律師) (phone:
    ., fax:                     ) advice: "To start with evidence."

6

1  will be successful,[94] but who will lose[95] if no evidence

2  at all is introduced."

3      13.  Prosecutor has the burden to prove (1) that Mr.

4  Hu Jin-tao was <u>alarmed, annoyed or distressed</u> (IV,

5  Black's Law Dictionary); and (2) that to harass Mr. Hu was

6  Ms. Wang's <u>purpose</u> (VI, Perkins *Criminal Law*).

7

8      VIII.  *Martin:* Prosecutor's "[m]alice may be
9      inferred from an absence of probable cause[.]"

10     14.  59 New York Jurisprudence 2d (2005), False Im-

11  prisonment, § 76, p. 334: "<u>Malice</u> may be inferred from an

12  absence of <u>probable cause</u> for prosecution of the original

13  proceeding[1] ."

14

15  IX.  *Bixby:* Because of his malice, punitive damages
16     against Prosecutor is respectfully requested.

17     15.  *Bixby v. Dunlap* (3/31/1876), 56 N. H. 456, at

[94] *Anderson v Material Co-ordinating Agency, Inc.* (1946, Sup) 63 NYS2d 324, 11 CCH LC ¶ 63123; ....

[95] *John Turl's Sons, Inc. v Williams Engineering & Contract-ing Co.* (1910) 136 AD 710, 121 NYS 4768; *Anderson v Material Co-ordinating Agency, Inc.* (1946, Sup) 63 NYS2d 324, 11 CCH LC ¶ 63123。

[1] *Martin v. City of Albany,* 42 N.Y.2d 13, 396 N.Y.S.2d 612, 364 N.E.2d 1304 (1977); ....

1   456 and 463: "When the element of malice enters into the

2   wrong, a more liberal rule of damages prevails, and the

3   jury; [sic] taking into consideration all the circum-

4   stances of the wrong, ought to give as compensation what,

5   in their judgment, it is reasonable that the plaintiff

6   should receive and the defendant pay.   456 ⊥ 463   ... The

7   jury rendered a verdict for $4,850 [in the year 1876],

8   which was sustained by the court."

9   Dated: Flushing, New York

10          March 1, 2007

11                                      Respectfully submitted,

12

13                                      *Charles Dun-zheng Yan*

14

15                                      Charles Dun-zheng Yan

16                                      嚴敦正敬呈

17   Subscribed and sworn to before me

18   this ___1st___ day of March, 2007.          KA MAN CHO
                                                Notary Public, State of New York
                                                        No. 01CH6143780
                                                    Qualified in Queens County
                                                Commission Expires April 17, 2010

19

20

21

22

23

24

25

8

```
1   CC: David W. Bos, Esq.    7006 2150 0001 2027 3415
2       Attorney for Wang Wen-yi（王文怡的律師）
3       625 Indiana Avenue, N.W., Suite 550
4       Washington, DC 20004
5       Phone: 202-208-7500, Fax: 202-208-7515
6                           2/28/2007 faxed 10:51 PM
7
8       Michael Truscott, Esq.    7006 2150 0001 2027 3408
9       Prosecutor
10      U.S. Attorney's Office
11      Federal Major Crimes Section
12      555 4th Street, N.W., Room 4237
13      Washington, DC 20530
14      Phone: 202-514-7533, Fax: 202-353-9414
15                          2/28/2007 faxed 10:55 PM
16
17
18
19
20
21
22  2/28/2007 Faxed:

23  世界日報 林寶慶先生          11:00 PM

24  世界日報 林寶慶先生          11:05 PM

25  僑報    羅伯先生  ;          11:10 PM

26  僑報    羅伯先生    11:15 PM

27  Dr. Terri E. Marsh (phone            )

28

29  叶宁律师            ✓

30  新唐人電視臺                转王文怡大夫 11:26 PM

31  大纪元                      转王文怡大夫 11:21 PM
```

9

Exhibit A

United States District Court
for the District of Columbia
Washington, D.C. 20001

Chambers of
John M. Facciola
United States Magistrate Judge

September 28, 2006        *10/4/06 4£*

Mr. Charles Dun-zheng Yan

        Re.:    United States v. Wen Wang 1:06-mj-00182 (DAR)

Dear Mr. Dun-zheng Yan:

        I regret to inform you that because the document you submitted in the above-captioned case is partly in English and partly in another non-IndoEuropean language, it cannot be accepted by this Court. In order to be accepted for filing in this Court, all documents must be completely in English. I am therefore returning the document to you.

        Sincerely,

        *John M Facciola*

        John M. Facciola
        United States Magistrate Judge

cc:     David Bos, Esq.
        Federal Public Defender for D.C.
        625 Indiana Avenue, NW
        Suite 550
        Washington, DC 20004

        Michael Truscott, Esq.
        U.S. Attorney's Office
        555 4th Street, NW
        Room 4237
        Washington, DC 20530

Exhibit B

階會版 The Epoch Times 大紀元時報

## 美法庭撤銷對王文怡起訴

二○○六年六月二十二日 A2版

【大紀元綜合報導】4月20號，在白宮為來訪的胡錦濤舉行歡迎儀式時，在場報導的大紀元時報記者王文怡曾經高喊，要求胡錦濤及布什總統制止中共當局迫害法輪功學員甚至活體摘取法輪功學員器官的行為。美國警方隨即以騷擾國家領導人的罪名對王文怡提出起訴。

美國之音報導，這個案子經過三次審理延期，受理此案的華盛頓市法庭6月21號在檢方與被告達成一致意見的情況下決定對王文怡撤銷起訴，理由是證據不足。但附加條件是王文怡在今後一年內即在2007年4月20號前不得有同樣的行動。

王文怡表示：「美國政府做了一些調查，也知道一些情況吧，關於活體摘除的情形。它是希望庭外和解，但是我不覺得我做了任何錯，所以我希望真正無條件的完全撤案。」

The Epoch Times 6/22/2006, A2: "王文怡表示：'… 我不觉得我做了任何錯，所以我希望真正無條件的完全撤案。'"  "Wang Wen-yi expressed: '… I don't think that I did any mistake, therefore I hope that the case be genuinely completely withdrawn without any condition.'"

Exhibit C

The World Journal 4/21/2006: "胡錦濤泰然接受布希道歉"    "Hu Jin-tao calmly accepted Bush's apology."

## 歡迎儀式出狀況 胡錦濤泰然接受布希道歉

【本報華盛頓特派員林寶慶報導】白宮20日在南草坪為中國國家主席胡錦濤的來訪，舉行三千人的盛大歡迎儀式。不過卻發生一名法輪功學員在胡錦濤演講時高喊口號抗議，白宮在開場事件三分鐘後，才由特勤人員出面阻止。

正對面媒體工作台的一名女子即展開巨幅的法輪功醒目黃色布幔，以沙啞的中英文高喊，「法輪大法好」，「胡錦濤邪惡」，「胡錦濤，你的日子不多了」。「布希總統，阻止胡錦濤迫害法輪功」等，引起全場注目。布希則向胡錦濤表示「You are OK」

Exhibit D

The China Press 4/21/2006, A3: "That Hu Jin-tao's facing the incident without alarm and continuing his speech, …" "胡锦涛处变不惊的继续演说,…"

通过电视画面的迅速传播,公众可以看到何谓"法轮功",而布什的道歉以及胡锦涛处变不惊的继续演说,却可以让公众看清楚这一切:记者的作为应是什么?

作为社会公器,媒体的责任经常被新闻界本身和社会大众用来作为检讨的标准。然而无论一名新闻记者站在什么样的立场、持有什么样的信仰、在采访现场和报道中却只能是忠实的记录者和传播者,任何"出位"都可能破坏事实的真相。

新闻记者在采访现场,应坚持作为传媒的客观中立角色。那些以所谓抗议者身份干扰国际场合的举动,结果只能是把一场闹剧展示给公众,受到耻笑是必然的!

罗伯